# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| SHELBY ANTHONY VOGT,<br><br>      Plaintiff,<br><br>vs.<br><br>STATE OF IOWA, IOWA STATE TROOPERS ASSOCIATION, WATERLOO POLICE DEPARTMENT, BLACK HAWK COUNTY SHERIFF'S DEPARTMENT,<br><br>      Defendants. | No. C14-2016-LRR<br><br>ORDER |

      This matter is before the court on the Eighth Circuit Court of Appeals's March 20, 2015 judgment, which remanded the collection of the full $505.00 appellate docketing and filing fees. Mandate with respect to such judgment entered on April 9, 2015.

      In light of the record, the plaintiff is assessed an initial appellate partial fee of $35.00, which he is directed to submit immediately to the clerk's office. *See Henderson v. Norris*, 129 F.3d 481, 484-85 (8th Cir. 1997); *see also* 28 U.S.C. § 1915(b)(1). In addition, the plaintiff is directed to submit monthly payments of 20 percent of the preceding month's income credited to his inmate account until the $505.00 appeal fees are paid in full. 28 U.S.C. § 1915(b)(2). The agency having custody of the plaintiff is directed to forward payments from the plaintiff's inmate account to the clerk's office each time the amount in the account exceeds $10.00. 28 U.S.C. § 1915(b)(2). The clerk's office is directed to send a copy of this order and the notice of collection of filing fee to

the appropriate official at the place where the plaintiff is an inmate.

**IT IS SO ORDERED**.

**DATED** this 1st day of May, 2015.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

TO: **WARDEN/ADMINISTRATOR**
**Clarinda Correctional Facility, Clarinda, Iowa**

### NOTICE OF COLLECTION OF FILING FEE

You are hereby given notice that Shelby Anthony Vogt, #1101809, an inmate at your facility, has filed an appeal in the United States District Court for the Northern District of Iowa: *Vogt v. State of Iowa et al.*, Case No. C14-2016-LRR. The United States District Court for the Northern District of Iowa has assessed an initial partial filing fee of $35.00, which the inmate must pay now to the clerk of court. *See* 28 U.S.C. § 1915(b)(1); *see also Henderson v. Norris*, 129 F.3d 481, 484 (8th Cir. 1997).

> After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the Clerk of Court each time the amount in the account exceeds $10 until the filing fees are paid.

28 U.S.C. § 1915(b)(2). If the inmate currently does not have sufficient funds to pay the initial partial filing fee, you must monitor the account and send payments to the clerk's office according to the system provided in 28 U.S.C. § 1915(b)(2).

Please make the appropriate arrangements to have these fees deducted and sent to the court as required under the statute.

_____ Deputy Clerk
Robert L. Phelps
U.S. District Court Clerk
Northern District of Iowa